**(JS-6 Admin)**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. SHINJO, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>v.<br><br>RADICALMEDIA, LLC, and DOE 1 through DOE 10,<br><br>            Defendants. | Case No. 2:22-CV-04738-SSS-KKx<br>Related Case: 2:21-cv-09632-SSS-KKx<br><br>Assigned to Hon. Sunshine Suzanne Sykes<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING MEDIATION (Doc. #17)**<br><br>**NOTE CHANGES MADE BY COURT**<br><br>Action filed: July 11, 2022 |

On September 20, 2022, Plaintiff and Defendant (collectively, the "Parties") filed a Joint Stipulation requesting that the Court stay this action until May 1, 2023, pending the Parties' private mediation of this action.

The court, having considered the Parties' Joint Stipulation and finding good cause, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. This action is stayed pending the Parties' attendance at mediation, which shall take place before May 1, 2023.

2. All pending deadlines and hearings in this case, including Defendant's September 23, 2022 deadline to answer or otherwise respond to the Complaint, are vacated pending the outcome of the mediation.

3. The Parties are ordered to select a mediator and reserve a mediation date to ensure that mediation takes place before May 1, 2023.

4. The Parties are ordered to file a joint status report regarding the status of the mediation no later than May 15, 2023, and to propose deadlines for the remainder of the case if the Parties have not agreed to settle this litigation.

5. The time for Defendant to answer or otherwise respond to the Complaint shall, if the mediation does not result in a settlement, be May 30, 2023.

6. The Clerk is **DIRECTED** to close the case administratively.

**IT IS SO ORDERED.**

Dated: September 22, 2022

SUNSHINE S. SYKES
United States District Court Judge