Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Avenue 17th Floor
Glendale California 91203
Tel: 323.962.3777
Fax: 323.962.3004
harrisa@harrisandruble.com
pmohan@harrisandruble.com

*Attorneys for Plaintiff*
*D. Shinjo*

VENABLE LLP
Ryan M. Andrews (SBN 274106)
rmandrews@venable.com
Rudolph G. Klapper (SBN 300721)
rgklapper@venable.com
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

*Attorneys for Defendant*
*RadicalMedia, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. SHINJO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RADICALMEDIA, LLC, and DOE 1 through and including DOE 10,<br><br>Defendants. | Case No. 2:22-cv-04738-SSS-KKx<br>Related Case: 2:21-cv-09632-SSS-KK<br><br>Honorable Sunshine S. Sykes<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL**<br><br>**[FRCP 41(a)(1)(A)(II)]**<br><br>Action filed:  July 11, 2022<br>FAC filed:  May 31, 2023 |

1  Based on the Joint Stipulation for Dismissal filed by Plaintiff Daniel Shinjo
2  and Defendant RadicalMedia, LLC herewith, the Court makes the following
3  ruling:  The above entitled action is hereby DISMISSED, with Plaintiff's
4  individual claims DISMISSED WITH PREJUDICE. The class allegations on
5  behalf of all employees other than Plaintiff are DISMISSED WITHOUT
6  PREJUDICE by operation of law.
7  The Stay is hereby LIFTED.
8  IT IS SO ORDERED.

Dated:  March 26, 2025

_____
Honorable Sunshine S. Sykes
United States District Judge

ORDER RE: JOINT STIPULATION FOR DISMISSAL [FRCP 41(a)(1)(A)(ii)]